IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONAVON G. IVEY,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                    Case No.03-cv-734-wmc

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting counsel for plaintiff's motion for attorney fees under 42 U.S.C. 406(b)(1) in the amount of $4,072.90.


s/Peter Oppeneer                          2/1/13

Peter Oppeneer, Clerk of Court                          Date