IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONAVON G. IVEY,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.03-cv-734-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting counsel for plaintiff's motion for attorney fees under 42 U.S.C. 406(b)(1) in the amount of $4,072.90.

s/Peter Oppeneer      2/1/13

Peter Oppeneer, Clerk of Court      Date